MOED-0001         DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| Dorothy Thomure, individually and on behalf of all others similarly situated, ) <br> ) <br> Plaintiff(s),                              ) <br> ) <br> vs.                                         ) <br> SRG Global Coatings, LLC                    ) <br> (d/b/a SRG Global Farmington),              ) <br> ) <br> Defendant(s).                               ) | Case No. 4:23-cv-00375 |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for SRG Global Coatings, LLC hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
   SRG Global Coatings, LLC is not publicly traded.

b. Its parent companies or corporations (if none, state "none"):
   SRG Global, LLC

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   Not applicable.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   See attached list.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001        DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

*/s/ Allyson E. Cunningham*
Signature (Counsel for Plaintiff/Defendant)
Print Name: Allyson E. Cunningham
Address: 2345 Grand Blvd., Ste. 2200
City/State/Zip: Kansas City, MO 64108
Phone: (816) 292-2000

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: April 14, 20 23 .

*/s/ Allyson E. Cunningham*
Signature

**Attachment**

2.     If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

SRG Global Coatings, LLC is a Delaware limited liability company.  Its sole member is SRG Global, LLC, a Delaware limited liability company.

SRG Global, LLC's sole member is GI Domestic Holdings, LLC, a Delaware limited liability company.

GI Domestic Holdings, LLC's members are GI Resources II Holdings, LLC, a Delaware limited liability company and Guardian Industries Holdings, LLC, a Delaware limited liability company.

GI Resources II Holdings, LLC's sole member is Guardian Industries Holdings, LLC, a Delaware limited liability company.

Guardian Industries Holdings, LLC's sole member is GI, LLC, a Delaware limited liability company.

GI, LLC's sole member is Guardian Industries Resources, LLC, a Delaware limited liability company.

Guardian Industries Resources, LLC's sole member is Guardian Industries Equity Holdings, LLC, a Delaware limited liability company.

Guardian Industries Equity Holdings, LLC's sole member is KGIC Holdings, LLC, a Delaware limited liability company.

KGIC Holdings, LLC's sole member is Koch Industries, Inc.

Koch Industries, Inc. is a Kansas organization with its principal place of business in Kansas.