**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| Dorothy Thomure, individually and on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-cv-00375 |
| | ) | |
| SRG Global Coatings, LLC (d/b/a SRG Global Farmington), | ) | |
| | ) | |
| Defendant(s). | ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for SRG Global Coatings,LLC hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
SRG Global Coatings, LLC is not publicly traded.

b. Its parent companies or corporations (if none, state "none"):
SRG Global, LLC

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
Not applicable.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
See attached list.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

/s/ Jessica K. Rosell

Signature (Counsel for Plaintiff/Defendant)

Print Name: Jessica K. Rosell

Address: 2345 Grand Blvd., Ste. 2200

City/State/Zip: Kansas City, MO 64108

Phone: (816) 292-2000

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
August 23, 2024.

/s/ Jessica K. Rosell

Signature

**Attachment**

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

SRG Global Coatings, LLC is a Delaware limited liability company. Its sole member is SRG Global, LLC, a Delaware limited liability company.

SRG Global, LLC's sole member is GI Domestic Holdings, LLC, a Delaware limited liability company.

GI Domestic Holdings, LLC's members are GI Resources II Holdings, LLC, a Delaware limited liability company and Guardian Industries Holdings, LLC, a Delaware limited liability company.

GI Resources II Holdings, LLC's sole member is Guardian Industries Holdings, LLC, a Delaware limited liability company.

Guardian Industries Holdings, LLC's sole member is GI, LLC, a Delaware limited liability company.

GI, LLC's sole member is Guardian Industries Resources, LLC, a Delaware limited liability company.

Guardian Industries Resources, LLC's sole member is Guardian Industries Equity Holdings, LLC, a Delaware limited liability company.

Guardian Industries Equity Holdings, LLC's sole member is KGIC Holdings, LLC, a Delaware limited liability company.

KGIC Holdings, LLC's sole member is Koch Companies, LLC.

Koch Companies, LLC's sole member is Koch, Inc.

Koch, Inc. is a Kansas organization with its principal place of business in Kansas.