# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DOROTHY THOMURE, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) ) | |
| vs. ) ) | Case No.  4:23-cv-00375-HEA |
| SRG GLOBAL COATINGS, LLC, ) (*d/b/a* SRG Global Farmington), ) ) | |
| Defendant. ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT

COME NOW Plaintiff Dorothy Thomure, individually and on behalf of all other similarly situated ("Plaintiff") and Defendant SRG Global Coatings, LLC ("Defendant"), by and through their undersigned counsel, submit this Joint Motion for Preliminary Approval of the agreed upon settlement.

1. The parties met for mediation on December 15, 2024 and May 3, 2024.

2. During mediation, the parties began negotiations that led to a settlement between the parties that has been properly documented and agreed to.

3. Thereafter, the parties worked together to prepare the documents reflecting the terms of the proposed settlement.

4. Submitted contemporaneously with this Joint Motion for Preliminary Approval is a Memorandum in Support of this Motion, the Settlement Agreement, and proposed Class Notice.

5. Counsel for Plaintiff and Defendant request that the Court approve the proposed settlement as fair, reasonable and adequate.

6. A proposed Preliminary Approval Order is also submitted contemporaneously with this Motion for Preliminary Approval of Class Settlement.

7. Following notice to the Settlement Class and any objections or responses thereto, Plaintiff and Defendant jointly request a hearing for final approval of the class settlement.

WHEREFORE, Plaintiff Dorothy Thomure and Defendant SRG Global Coatings, LLC respectfully request that the Court grant preliminary approval so notice can be given to the appropriate Settlement Class. Further, it is requested that a hearing date be set for final approval of the Settlement Agreement.

Dated: March 3, 2025

/s/ Ted N. Gianaris
Ted N. Gianaris      #48359 (MO)
Joshua A. Edelson #70952 (MO)
Gianaris Trial Lawyers, LLC
One Court Street
Alton, IL 62002
Telephone: (618) 619-0010
Fax: (618) 259-2251
Email: tgianaris@lawforpeople.com
Email: jedelson@lawforpeople.com

ATTORNEYS FOR PLAINTIFF

/s/ Jessica K. Rosell
William G. Beck        #26849(MO)
Allyson E. Cunningham #64802(MO)
Jessica K. Rosell         #61247(MO)
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com
Email: jessica.rosell@lathropgpm.com

Arielle B. McPherson #72928(MO)
Lathrop GPM LLP
155 North Wacker, Suite 3800
Chicago, IL 60606
Telephone: 312-920-3300
Email: arielle.mcpherson@lathropgpm.com