# EXHIBIT A

## EXHIBIT A

| Property Address | Parcel ID |
| --- | --- |
| 4054 221 HWY | 14-10-02-00-000-0045.00 |
| 4060 4066 221 HWY | 14-10-02-00-000-0047.00 |
| 4072 221 HWY | 14-10-02-00-000-0048.00 |
| 4078 221 HWY | 14-10-02-00-000-0049.00 |
| 4084 4114 221 HWY | 14-10-02-00-000-0052.00 |
| 3377 DELASSUS RD | 14-10-02-00-000-0054.00 |
| 3370 DELASSUS RD | 14-10-02-00-000-0056.01 |
| 1817 DOUBET RD | 14-10-02-00-000-0072.00 |
| 1825 DOUBET RD | 14-10-02-00-000-0073.01 |
| 1851 DOUBET RD | 14-10-02-00-000-0074.00 |
| 3260 PINE ST | 14-10-02-00-000-0076.00 |
| 3248 PINE ST | 14-10-02-00-000-0076.03 |
| [3347] DELASSUS RD | 14-10-02-03-001-0001.00 |
| 4022 221 HWY | 14-10-02-03-002-0001.01 |
| 4061 3RD ST | 14-10-02-03-003-0001.00 |
| 3317 DELASSUS RD | 14-10-02-03-005-0001.00 |
| 4079 THIRD ST | 14-10-02-03-005-0002.00 |
| 4085 4091 3RD ST | 14-10-02-03-005-0003.00 |
| 3287 DELASSUS RD | 14-10-02-03-006-0001.00 |
| 4075 SECOND ST | 14-10-02-03-006-0002.00 |
| 4087 SECOND ST | 14-10-02-03-006-0003.00 |
| 3281 DELASSUS RD | 14-10-02-03-006-0004.00 |
| 3280 DELASSUS Rd | 14-10-02-03-009-0001.00 |
| 3286 DELASSUS Rd | 14-10-02-03-009-0001.00 |
| DELASSUS RD<br>Lots 16-18 Block 58 | 14-10-02-03-009-0002.00 |
| 4141 SECOND ST | 14-10-02-03-010-0002.00 |
| 3244 DELASSUS RD | 14-10-02-03-011-0001.00 |
| 3262 DELASSUS RD | 14-10-02-03-011-0001.02 |
| 4009 OVERALL RD | 14-10-02-03-011-0001.03 |
| Overall Rd | 14-10-02-03-012-0002.00 |
| 4037 OVERALL RD | 14-10-02-03-012-0002.02 |
| 4013 OVERALL RD | 14-10-02-03-012-0002.03 |
| 3245 PINE ST | 14-10-02-03-012-0004.00 |
| 2010 SPRUCE ST | 14-20-03-04-003-0002.00 |
| 4033 FLEMING ST | 14-10-11-00-000-0001.00 |
| 4033 FLEMING ST | 14-10-11-00-000-0001.07 |
| 3249 PINE ST | 14-10-11-00-000-0001.09 |
| 3245 PINE ST | 14-10-11-00-000-0001.10 |
| 4074 FLEMING ST | 14-10-11-00-000-0005.00 |
| 4073 PINE ST | 14-10-11-00-000-0009.00 |
| 3990 3984 221 HWY | 14-20-03-00-000-0024.00 |

## EXHIBIT A

| Property Address | Parcel ID |
|---|---|
| 4038 SECOND ST | 14-20-03-00-000-0026.00 |
| 221 HWY | 14-20-03-00-000-0030.00 |
| 3854 221 HWY | 14-20-03-00-000-0030.01 |
| 3850 221 HWY | 14-20-03-00-000-0030.04 |
| 4000 221 HWY | 14-20-03-04-001-0006.00 |
| 4013 3RD ST | 14-20-03-04-001-0007.00 |
| 4019 3RD ST | 14-20-03-04-001-0008.00 |
| 4031 3RD ST | 14-20-03-04-001-0010.00 |
| 3285 CHESTNUT ST | 14-20-03-04-002-0001.00 |
| 4063 2ND ST | 14-20-03-04-002-0002.00 |
| 4043 4045 2ND ST | 14-20-03-04-002-0003.00 |
| 4042 3RD ST | 14-20-03-04-002-0004.00 |
| 4048 3RD ST | 14-20-03-04-002-0005.00 |
| 4050 SECOND ST | 14-20-03-04-003-0001.00 |
| 3225 DELASSUS RD | 14-20-03-04-003-0003.00 |
| 4062 SECOND ST | 14-20-03-04-003-0004.00 |
| 4074 SECOND ST | 14-20-03-04-004-0001.00 |
| 3229 3235 DELASSUS RD | 14-20-03-04-004-0002.00 |
| 3241 DELASSUS RD | 14-20-03-04-004-0003.00 |
| 3243 DELASSUS RD | 14-20-03-04-004-0004.00 |
| 3251 DELASSUS RD | 14-20-03-04-004-0005.00 |
| 3263 DELASSUS RD | 14-20-03-04-004-0006.00 |
| 4080 2ND ST | 14-20-03-04-004-0007.00 |
| DELASSUS RD | 14-20-03-04-005-0001.00 |
| DELASSUS RD | 14-20-03-04-005-0002.01 |
| Fleming St | 14-20-03-04-006-0001.00 |
| 3935 Fleming St | 14-20-03-04-006-0002.00 |
| 3973 FLEMING ST | 14-20-03-04-007-0001.00 |
| Fleming St | 14-20-03-04-007-0002.00 |
| 4027 FLEMING ST | 14-20-10-00-000-0001.00 |
| 4021 Fleming St | 14-20-10-00-000-0002.00 |
| 4021 Fleming St | 14-20-10-00-000-0002.01 |
| 3222-3224 DELASSUS RD | 14-20-10-00-000-0003.00 |
| 3167 DELASSUS RD | 14-20-10-00-000-0004.00 |
| DELASSUS RD | 14-20-10-00-000-0005.00 |
| 3166 DELASSUS RD | 14-20-10-00-000-0008.00 |
| 4032 FLEMING ST | 14-20-10-00-000-0009.00 |
| 4050 FLEMING ST | 14-20-10-00-000-0010.00 |
| 4056 FLEMING ST | 14-20-10-00-000-0011.00 |
| 4066 FLEMING ST | 14-20-10-00-000-0013.00 |
| 4074 FLEMING ST | 14-20-10-00-000-0014.00 |
| 4072 PINE ST | 14-20-10-00-000-0015.00 |

## EXHIBIT A

| Property Address | Parcel ID |
|---|---|
| 3098 DELASSUS RD | 14-20-10-00-000-0015.02 |
| 3100 DELASSUS RD | |
| 3111 DELASSUS RD | 14-20-10-00-000-0016.00 |
| 3304 3316 DELASSUS RD | 14-10-02-03-007-0001.00 |
| 3113 DELASSUS RD | 14-20-10-00-000-0017.00 |
| Fleming St | 14-20-10-00-000-0005.02 |
| 3231 PINE ST | 14-10-02-03-012-0003.00 |