# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DOROTHY THOMURE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SRG GLOBAL COATINGS, LLC, (*d/b/a* SRG Global Farmington), <br><br> Defendant. | Case No. 4:23-cv-00375-HEA |

## JOINT MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT

COME NOW Plaintiff Dorothy Thomure, individually and on behalf of all other similarly situated ("Plaintiff") and Defendant SRG Global Coatings, LLC ("Defendant"), by and through their undersigned counsel, submit this Joint Motion for Final Approval of the agreed upon settlement. The Parties request that the Court approve the Settlement as fair, reasonable and adequate. Submitted contemporaneously with this Joint Motion for Final Approval is a Memorandum in Support of this Motion.

WHEREFORE, Plaintiff Dorothy Thomure and Defendant SRG Global Coatings, LLC respectfully request that the Court grant the Motion for Final Approval of Class Action Settlement, certify the Settlement Class for settlement purposes, and dismiss this action with prejudice.

Dated: July 31, 2025

<div style="column">

*/s/ Ted N. Gianaris*
Ted N. Gianaris      #48359 (MO)
Joshua A. Edelson #70952 (MO)
Gianaris Trial Lawyers, LLC
One Court Street
Alton, IL 62002
Telephone: (618) 619-0010
Fax: (618) 259-2251
Email: tgianaris@lawforpeople.com
Email: jedelson@lawforpeople.com

ATTORNEYS FOR PLAINTIFF

</div>

<div style="column">

*/s/ Allyson E. Cunningham*
William G. Beck          #26849(MO)
Allyson E. Cunningham #64802(MO)
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com

Arielle B. McPherson #72928(MO)
Lathrop GPM LLP
155 North Wacker, Suite 3800
Chicago, IL 60606
Telephone: 312-920-3300
Email: arielle.mcpherson@lathropgpm.com

ATTORNEYS FOR DEFENDANT

</div>